IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAYSHWAWN V. PIERCE,

    Petitioner,   No. CIV-S-11-2854 JAM CKD P

    vs.

KATHLEEN ALLISON,

    Respondent.   ORDER

_____/

    Petitioner, a California prisoner proceeding pro se, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

    Examination of the affidavit reveals petitioner is unable to afford the costs of this action. Accordingly, leave to proceed in forma pauperis is granted. 28 U.S.C. § 1915(a).

    The court requires all petitions for writ of habeas corpus be filed on the proper form which is provided by this court. Moreover, the court may limit its review of the petition for relief to the information on the form only and need not consider any memoranda or attachments to the petition. See Rule 2(c), Rules Governing § 2254 Cases.

    Petitioner is hereby notified that in order for this court to review his application, he must re-file his petition on the proper form. Also, although petitioner may submit a separate memorandum to support his petition for relief, the court's application form must contain all

1

relevant claims, and must provide the court with all necessary information. Petitioner must take care to fill out the form accurately and completely.

In addition, petitioner is informed that he should omit any claims from his habeas petition in which petitioner alleges violations of California law as an application for a writ of habeas corpus by a person in custody under a judgment of a state court can be granted only for violations of the Constitution or laws of the United States. 28 U.S.C. § 2254(a).

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request to proceed in forma pauperis is granted.

2. Petitioner's application for writ of habeas corpus is dismissed with leave to amend within thirty days from the date of this order.

3. Any amended petition must be filed on the form employed by this court and must state all claims and prayers for relief on the form. It must bear the case number assigned to this action and must bear the title "Amended Petition."

4. The Clerk of the Court is directed to send petitioner the form for habeas corpus application.

Dated: April 2, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
pier2854.115

2